United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION

_____/

This Order Relates To:

*See Appendix*

Case No. 23-md-03084-CRB

**ORDER GRANTING MOTIONS
FOR LEAVE TO PROCEED
ANONYMOUSLY**

In the member cases listed in the appendix to this order, the plaintiffs move for leave to proceed anonymously. The Court finds that the plaintiffs' need to proceed anonymously outweighs the prejudice to the defendants and the public's interest in knowing the parties' identities. See Does I thru XXIII v. Advanced Textile Corp., 214 F.3d 1058, 1068 (9th Cir. 2000).

The motions listed in the table appended to this order are therefore granted.

**IT IS SO ORDERED.**

Dated: November 30, 2023

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## Appendix

| Member Case No. | Motion Dkt. No. |
|---|---|
| 23-cv-05609-CRB | 3 |
| 23-cv-05647-CRB | 4 |
| 23-cv-05795-CRB | 2 |
| 23-cv-05807-CRB | 2 |
| 23-cv-05812-CRB | 2 |
| 23-cv-05840-CRB | 2 |
| 23-cv-05864-CRB | 3 |
| 23-cv-05867-CRB | 3 |
| 23-cv-05869-CRB | 3 |
| 23-cv-05870-CRB | 3 |
| 23-cv-05871-CRB | 3 |
| 23-cv-05874-CRB | 3 |
| 23-cv-05876-CRB | 4 |
| 23-cv-05919-CRB | 2 |
| 23-cv-05922-CRB | 2 |
| 23-cv-05930-CRB | 2 |
| 23-cv-05931-CRB | 2 |
| 23-cv-05934-CRB | 2 |
| 23-cv-05936-CRB | 3 |
| 23-cv-05939-CRB | 2 |
| 23-cv-05942-CRB | 2 |
| 23-cv-05943-CRB | 2 |
| 23-cv-05944-CRB | 2 |
| 23-cv-05945-CRB | 2 |
| 23-cv-05946-CRB | 2 |
| 23-cv-05949-CRB | 2 |